IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STAN KRESS, et al., ) | |
| ) | Case No. CV-07-261-S-BLW |
| Plaintiffs, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| JUSTICE LINDA COPPLE-TROUT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.  This case is hereby ordered closed.

DATED:  **May 16, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

Judgment - 1